UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80116-CR-CANNON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ISAIAH FRANKIE ANGRUM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## FACTUAL PROFFER

1. The United States of America and the defendant, ISAIAH FRANKIE ANGRUM, hereby agree that, had this case proceeded to trial, the United States would have proved beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

2. ANGRUM and Victim 1 have known each other since approximately 2013, when they were 13 and 11 years old, respectively. Although they were involved in an online relationship, that relationship ended in October 2016. ANGRUM continued to periodically contact Victim 1 even after that relationship ended.

3. In August 2024, ANGRUM began sending threatening and harassing emails to Victim 1 from his email account – theeattherichkiller@gmail.com – using the name "Ananta Shesha." Between August 2024 and his arrest on June 30, 2025, ANGRUM sent Victim 1 approximately 400-500 messages. A sample of the messages are included below:

| Date | |
|---|---|
| 8/14/24 | You think I can't fly out there and apprehend you myself? |
| | You know my imprint is everlasting. |
| | Toxic [Victim 1's name] is always sanctioned in my sphere of sensation. |
| | Or should I call you Starlight? |
| | Welcome to The Seven. |
| 8/14/~~25~~ 24 | PSY = Parthasarathy [goat emoji] |
| | Do you feel that I 'groomed' you?... |
| | If so... |
| | I don't regret it. [Joker card emoji] |
| | You needed a little bit of lore, it gives you an edge... |
| | Who do you think has been sending you energy since you've gone independent? |
| | Are you resisting me, Catherine? |
| 8/15/~~25~~ 24 | I want to see a portfolio of you modeling for the S.O. by the end of the month. |
| | One set nude, one non nude – and prostrate with your toes curled. |
| | Look coquettish. |
| | Or I'll leak your nudes. (Never have, never will.) |
| | You're the first person that sold my soul to me, remember? |
| | I want you to have me so you can pine to hatefuck me out of realizing that you enjoy the thrill of being *my* prey. |
| | And I'm the reason you can never go back to Europeans. |
| 8/16/~~25~~ 24 | You can't remove me from your life and not turn me on subsequently. |
| | The urge to breed you. |

| | |
|---|---|
| 8/26/~~25~~ 24 | Breeding you in fishnets, those cheeks flushed from booze. Fucking you on LSD or DMT.<br><br>Something is wrong with me.<br><br>And you like it. |
| 8/26/~~25~~ 24 | I like when you don't shave.<br><br>Feet and pussy, now.<br><br>Or I'll send the ones I have. |

4. Upon receiving the first threatening message on August 14, 2024, Victim 1 felt so afraid that she drove an hour to stay overnight at her brother's house.

5. After speaking with local law enforcement, Victim 1 modified a setting in her email account to automatically redirect messages from ANGRUM to her trash folder. Victim 1 also submitted a tip to the Federal Bureau of Investigation ("FBI") about the harassment. Ultimately, on September 13, 2024, Victim 1 obtained a restraining order against ANGRUM, and the Palm Beach County Sheriff's Office served that restraining order on ANGRUM the same day.

6. Despite the restraining order, ANGRUM continued to contact Victim 1 from the Ananta Shesha email account and from a separate email account, thesheshanagorder@gmail.com.

7. In the emails, ANGRUM addressed Victim 1 by name and sent a photograph she had sent to him years earlier. Many of the messages did not make sense to Victim 1. For example, one of the messages discussed the "Mystery of Babylon," another "Correspondence with the Ghost," and another talked about "Hip Hop Laws of Success." In one of the messages, ANGRUM sent pictures of nude, adult women and in another he advised he was a felon, though he was not actually a felon. Victim 1 continued to be afraid of ANGRUM and had reoccurring nightmares.

8. Victim 1 provided some screenshots depicting the messages, including those below:



9. After confirming ANGRUM's identity and location, on June 30, 2025, the FBI executed a search warrant at ANGRUM's home in Palm Beach County, Florida. Before he was Mirandized or subjected to interrogation, his father asked him why the FBI was at their house and he responded, "I think it's because I was messaging an old friend."

4

10. Post-*Miranda*, ANGRUM admitted that thesheshanagorder@gmail.com is his email address and admitted to repeatedly emailing Victim 1 even after he had been served with a restraining order.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 1/28/26    By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY

Date: 1/28/26    By: _____
SCOTT BERRY
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 1/28/26    By: _____
ISAIAH FRANKIE ANGRUM
DEFENDANT