UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-CR-80116-CANNON

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

ISAIAH ANGRUM,
        Defendant.
_____/

## NOTICE OF ADDITIONAL TIME NEEDED FOR SENTENCING

The Defendant, ISAIAH ANGRUM, through counsel, and after conferring with the government, provides notice that the parties expect sentencing will take longer than the 30 minutes this Court allotted. As grounds, he states:

1.    This Court scheduled sentencing for April 21, 2026 at 9:30 a.m. and allotted 30 minutes for that hearing. [DE 52].

2.    The parties have conferred and expect the sentencing hearing will take longer than the 30 minutes allotted.

3.    The parties have not filed any objections to the PSR and expect to jointly recommend a sentence of two years of probation.

4.    In support of that recommendation, Mr. Angrum intends to file (under seal) a psychological report and risk assessment from Dr. Sheila Rapa, a forensic psychologist.

5.    Dr. Rapa will be present for sentencing. However, Mr. Angrum only intends to have her testify if this Court has questions or concerns based on her report. If she testifies, the parties expect her testimony to take

approximately one hour.

6.      Mr. Angrum also expects his family will be present at sentencing and that one of them will testify briefly.

7.      Assuming both Dr. Rapa and that family member testify, the parties expect the entire sentencing hearing to take between 90 minutes and 2 hours. If Dr. Rapa does not testify, the parties anticipate the hearing will take between 30-60 minutes.

WHEREFORE, Mr. Angrum respectfully notifies the Court that the parties expect the sentencing hearing will exceed the 30 minutes previously allotted and requests this Court allow two hours to complete the hearing.

Respectfully submitted,

HECTOR DOPICO
FEDERAL PUBLIC DEFENDER

s/ *Scott Berry*
Scott Berry
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0525561
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Scott_Berry@FD.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on April 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Scott Berry*
Scott Berry